**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

| | | |
|---|---|---|
| **KAMAL K. PATEL** | * | |
| **Reg. #56496-080** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Case No. 2:05CV00191 JMM/JFF** |
| | * | |
| **FEDERAL BUREAU OF PRISONS** | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from

Magistrate Judge John F. Forster, Jr.  There have been no objections filed.  After careful review

of the Proposed Findings and Recommended Disposition, as well as a  de novo  review of the

record, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, Defendants' Motion to Dismiss is DENIED (docket entry #7).


        IT IS SO ORDERED, this __11th___ day of _____May_____,
2006.


                                        UNITED STATES DISTRICT JUDGE